

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 12CR1352-GT |
| Plaintiff, | |
| v. | |
| JUAN GARCIA-RUBIO, | [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING |
| Defendant. | |

**IT IS HEREBY ORDERED** that the sentencing hearing currently set for July 24, 2012 at 9:30 a.m. be continued to August 9, 2012 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: 7-19-12

HONORABLE GORDON THOMPSON JR.
United States District Judge